**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**BETH HARMANN,**<br><br>**Defendant.** | **2:26-po-05012- KLD-1**<br><br>**ORDER**<br><br>**Violation No.: F0HW0022**<br>**Location Code: M4B** |

Before the Court is the motion of the United States to set collateral and quash the warrant in this matter. For good cause shown, the motion is granted.

IT IS HEREBY ORDERED that the defendant shall pay the total collateral forfeiture amount of $280.00 for Violation No. F0HW0022 within thirty (30) days of entry of this order.

IT IS FURTHER ORDERED that the warrant in this matter be quashed.

Payments may be made via U.S. Mail to:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278-0549

Or, payments may be made online at:

https://www.cvb.uscourts.gov/

DATED this 8th day of October, 2026.

KATHLEEN L. DESOTO
United States Magistrate Judge